**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

IN RE:

CHRYSTAL MARIE MARTINEZ-WESIGNER            CASE NO:  14-51264-SCS
                                            CHAPTER 7

    Debtor

**NOTICE OF HEARING**

**NOTICE IS HEREBY GIVEN** that on the **20th** day of **January**, **2017**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, a hearing will be held in the Newport News Courtroom, U.S. Courthouse, 2400 West Avenue, Newport News, Virginia 23607, in order for this Court to consider and act upon the Motion to Withdraw as Counsel for Debtor previously filed herein**.**

                                            CHRYSTAL MARIE MARTINEZ-WESINGER
                                            By: /s/ Richard C. Langhorne
                                            Of Counsel

Richard C. Langhorne, Esquire
State Bar #20624
P.O. Box 1119
Gloucester, VA 23061
(804) 824-9434

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the forgoing Notice of Hearing case was sent electronically or mailed via 1st Class U.S. Postal Service this 6th day of January, 2017, to the Debtor, Chapter 7 Trustee, and the United States Trustee

                                            /s/ Richard C. Langhorne
                                            Richard C. Langhorne